UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANA BELLE, | : |
| Plaintiff, | : |
| v. | : Case No. 7:21-CV-00060-WLS-TQL |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge (ALJ), this case is hereby remanded.

Upon remand, the ALJ should: (1) further evaluate the medical opinion evidence, pursuant to 20 C.F.R. §§ 404.1520c, 416.920c; (2) further evaluate Plaintiff's maximum residual functional capacity; (3) offer Plaintiff an opportunity for a hearing; (4) if warranted, obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations on the occupational base; (5) take any further action needed to complete the administrative record; and (6) issue a new decision.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk

of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 3d day of February, 2022.

*W. Louis Sands*
W. Louis Sands
Senior U.S. District Court Judge